## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CARLOS ENRIQUE MARQUEZ(1),<br><br>                    Defendant. | CASE NO. 11cr5656-JLS<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X     an indictment has been filed in case 12cr0382-JLS against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

 X     of the offense(s) as charged in the Information:

       21:952 and 960

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 2/9/2012

                                        *Barbara L. Major* (signature)
                                        Barbara L. Major
                                        U.S. Magistrate Judge